IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG<br>4204 Tamarack Lane<br>Murrysville, PA  15668<br><br>                     Plaintiff<br><br>         v.<br><br>MUTUAL HOLDINGS LTD.<br>Barclays International Building<br>44 Church Street<br>P.O. Box HM 2064<br>Hamilton HM HX, Bermuda<br>         and<br>IPC MUTUAL HOLDINGS LTD.<br>Barclays International Building<br>44 Church Street<br>P.O. Box HM 2064<br>Hamilton HM HX, Bermuda<br>         and<br>MUTUAL HOLDINGS (BERMUDA) LTD.<br>Barclays International Building<br>44 Church Street<br>P.O. Box HM 2064<br>Hamilton HM HX, Bermuda<br>         and<br>MUTUAL INDEMNITY LTD.<br>44 Church Street, Hamilton HM 12<br>P.O. Box HM 2064<br>Hamilton HM HX, Bermuda<br>         and<br>MUTUAL INDEMNITY (BERMUDA) LTD<br>44 Church Street<br>P.O. Box HM 2064<br>Hamilton HM HX, Bermuda<br>         and<br>MORGAN STANLEY<br>1585 Broadway<br>New York, New York  10036<br><br>                     Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Case No. 02-CV-3193<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION FOR ADMISSION PRO HAC VICE OF
<u>VINCENT J. CONNELLY AND LISA A. DUNSKY</u>**

Defendants, Mutual Holdings Ltd., IPC Mutual Holdings Ltd., Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd. and Mutual Indemnity (Bermuda) Ltd. ("Defendants"), in the matter presently before this Honorable Court, by and through its attorneys, Reed Smith, LLP, respectfully move for the admission pro hac vice of Vincent J. Connelly and Lisa A. Dunsky, and in support thereof aver as follows:

1.      Mr. Connelly is a partner in the law firm of Mayer, Brown, Rowe & Maw in Chicago, Illinois.  He is a member in good standing of the Bar of the State of Illinois, having been admitted thereto in 1975.  His Illinois attorney identification number is 0501557.  He is also a member in good standing in the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals for the Seventh Circuit.  Mr. Connelly has never been disciplined or censured by any court before which he has appeared.

2.      Ms. Dunsky is an associate in the law firm of Mayer, Brown, Rowe & Maw in Chicago, Illinois.  She is a member in good standing of the Bar of the State of Illinois, having been admitted thereto in 1993.  Her Illinois attorney identification number is 6215999.  She is also a member in good standing in the U.S. District Court for the Northern District of Illinois and the U.S. District Court for the Northern District of Indiana.  Ms. Dunsky has never been disciplined or censured by any court before which she has appeared.

3.      Good cause exists for the admission of Mr. Connelly and Ms. Dunsky herein because Defendants have requested that they represent them in the above-captioned matter.

4.      This application for admission is made on the motion of John E. Quinn of Reed Smith, LLP, associate counsel to Defendants and a member in good standing of the Bar of

this Court, upon whom all pleadings, motions, notices and other papers may be served in conformance with Local Rule 83.5.2.

   5.  Margaret Manolakis, Esquire, counsel for Morgan Stanley, as well as Theodore Haussman, Jr., Esquire, Plaintiff's counsel, have represented to Mr. Quinn that they do not oppose this Motion.

   WHEREFORE, for all of the foregoing reasons, Defendants respectfully requests that this Court admit Vincent J. Connelly and Lisa A. Dunsky to represent them pro hac vice.

          Respectfully submitted,

          _____
          John E. Quinn
          Identification No. 19312
          **REED SMITH, LLP**
          2500 One Liberty Place
          1650 Market Street
          Philadelphia, PA 19103

          Attorney for Defendants,
          Mutual Holdings Ltd., IPC Mutual Holdings Ltd.,
          Mutual Holdings (Bermuda) Ltd.,
          Mutual Indemnity Ltd. and Mutual Indemnity
          (Bermuda) Ltd.

Dated:  June 6, 2002

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies he served a copy of the foregoing Motion For Admission Pro Hac Vice of Vincent J. Connelly and Lisa A. Dunsky upon the following counsel of record via United States, first class mail, postage prepaid, this 6th day of June, 2002:

> Theodore Haussman, Jr., Esquire
> Schnader Harrison Segal & Lewis LLP
> 1600 Market Street, Suite 3600
> Philadelphia, PA  19103
> Attorney for Plaintiff

> Margaret Manolakis, Esquire
> Stradley Ronon Stevens & Young, LLP
> 2600 One Commerce Square
> Philadelphia, PA  19103
> Attorney for Defendant
> Morgan Stanley

_____
John E. Quinn