IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 5th day of March, 2003, the parties having advised that settlement negotiations are ongoing and that the defendants' motion to dismiss (Document No. 12) should be held in abeyance pending the resolution of the settlement negotiations, **IT IS HEREBY ORDERED** that the motion to dismiss is **DENIED** for administrative purposes without prejudice to the right of any party to reinstate the same on the current papers by letter request.

_____
William H. Yohn, Jr., Judge