```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN M. FRIEDBERG              :   CIVIL ACTION
                                  :
              vs.                 :
                                  :
MUTUAL HOLDINGS, LTD., ET AL.     :   NO. 02-3193
```

                              ORDER

      **AND NOW,** this 5th day of March, 2003, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]    -   Order staying these proceedings pending disposition of a related action.

    [ ]    -   Order staying these proceedings pending determination of arbitration proceedings.

    [ ]    -   Interlocutory appeal filed

    [X]    -   Other:  Pending the resolution of settlement negotiations.  The temporary restraining order remains in effect by agreement.

it is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                      **BY THE COURT:**

                                      _____
                                      WILLIAM H. YOHN, JR., J.

Civ. 13 (8/80)