IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 29th day of April, 2004, the Mutual defendants having advised the court by letter that the settlement negotiations have not been successful, that the Mutual defendants were renewing their motion to dismiss and that the Court of Appeal for Bermuda as well as Judge Posner of the Seventh Circuit had decided that the forum selection clause mandated that the dispute between the parties must be resolved in the Bermuda courts, **IT IS HEREBY ORDERED** that any other party to this litigation who objects to the court's granting of the motion to dismiss shall file a brief setting forth his or its objection and distinguishing the above authorities on or before May 20, 2004.

_____
William H. Yohn, Jr., Judge