IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 02-CV-3193 |
| MUTUAL HOLDINGS LTD., et al., | : |
| Defendants. | : |

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO THE CLERK OF THE COURT:

Please enter the appearance of David Smith[1] and Han Nguyen on behalf of plaintiff Stephen M. Friedberg in this action, and kindly withdraw the appearance of Theodore H. Haussman, Jr., on behalf of plaintiff.

/s/ Han Nguyen
David Smith (I.D. No. 21480)
Han Nguyen (I.D. No. 85860)
*Attorneys for Plaintiff,*
*Stephen M. Friedberg*

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2000

Of Counsel.

Dated: April 30, 2004

---

[1] Mr. Smith has been attorney of record since the filing of the Complaint but a recent review of the docket on the court's website listed only Mr. Haussman as counsel for plaintiff. If Mr. Smith is already listed as lead counsel, please enter the appearance of Han Nguyen only.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was served via first class mail, as follows:

John E. Quinn, Esq.
Reed Smith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Margaret Manolakis, Esq.
Stradley Ronon Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103

/s/ Han Nguyen_____
Han Nguyen

Dated: April 30, 2004