IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN M. FRIEDBERG, :
:
    Plaintiff, :
:
v. : CIVIL ACTION NO. 02-CV-3193
:
MUTUAL HOLDINGS, LTD., et al., :
:
    Defendants. :
:

## ENTRY OF APPEARANCE

TO THE CLERK:

Douglas Y. Christian, a member of the firm referenced below, enters his appearance as lead attorney for Defendants, Mutual Holdings Ltd., IPC Mutual Holdings Ltd., Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd., and Mutual Indemnity (Bermuda) Ltd. The new address is as follows:

    Ballard Spahr Andrews & Ingersoll, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA  19103-7599
    Phone:  215-864-8404
    Fax:  215-864-9206

/s/ Douglas Y. Christian
Douglas Y. Christian
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Attorney for Plaintiff
Mutual Risk Management

Date: January 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served by first class mail this 26th day of January, 2005 on the following counsel of record:

>David Smith, Esquire
>Schnader Harris Segal & Lewis, LLP
>1600 Market street, Suite 3600
>Philadelphia, PA  19103
>
>Attorneys for Plaintiff Stephen Friedberg
>
>Margaret Manolakis, Esquire
>Stradley Ronon Stevens & Young, LLP
>2600 One Commerce Square
>Philadelphia, PA  19103
>
>Attorneys for Defendant Morgan Stanley

_____
Douglas Y. Christian

Date:  January 26, 2005