IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 2nd day of February, 2005, upon consideration of defendants' motion to dismiss and the numerous submissions of the parties thereafter, **IT IS HEREBY ORDERED** that oral argument on the motion to dismiss is **SCHEDULED** for **March 3, 2005 at 1:30 p.m. in Courtroom 14-B**.

                                                    s/William H. Yohn, Jr.
                                                    William H. Yohn, Jr., Judge