IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN FRIEDBERG, | : |
| Plaintiff, | : Civil Action No. 02-3193 |
| v. | : |
| MUTUAL HOLDINGS LTD., *et al.*, : | |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Reed Smith, LLP on behalf of Defendants Mutual Holdings Ltd., IPC Mutual Holdings, Ltd., Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd., and Mutual Indemnity (Bermuda) Ltd. in the above-captioned matter.

Respectfully submitted,

John E. Quinn
Erin M. O'Neill
Kevin Toth
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
2500 One Liberty Place
Philadelphia, PA 19103
(215) 851-8100

Attorneys for Defendants Mutual Holdings Ltd., IPC Mutual Holdings, Ltd., Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd., and Mutual Indemnity (Bermuda) Ltd.

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

I certify that on this date I caused to be served a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* via first class mail, postage prepaid upon the following counsel. This document is also available for viewing and downloading on the ECF system.

David Smith, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Attorneys for Plaintiff Stephen Friedberg

Margaret Manolakis, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Attorneys for Defendant Morgan Stanley

_____
John E. Quinn

Dated: February 18, 2005