# THE CORPORATE IPC



**INSURANCE POLICY**
- VILLANOVA INSURANCE
- AGENT/BROKER
- INSURED CORPORATION
- MUTUAL HOLDINGS
- IPC GROUP
- PROGRAM BENEFICIARY

**SHAREHOLDERS AGREEMENT**

**REINSURANCE AGREEMENT** — LETTER OF CREDIT / CEDED PREMIUM / PAID LOSSES

## CONTRACTUAL RELATIONSHIPS

**THE INSURANCE POLICY**
The insurance policy is issued by Villanova Insurance Company. The premium is paid by the insured, represented by an agent or broker, to the policy issuing carrier, Villanova Insurance Company. The expenses of structuring and maintaining the program are deducted from the premium, with the balance of the funds ceded to one of the IPC Group companies.

**THE REINSURANCE AGREEMENT**
IPC Group reinsures Villanova for all losses that fall within the IPC program's per occurrence and aggregate excess reinsurance protection. The effect of an individual large loss, aggregate losses or loss projection is also subject to limit program's maximum payout or total losses.

**THE SHAREHOLDER'S AGREEMENT**
The participant purchases a discrete series of non-voting redeemable preferred shares in Mutual Holdings, Ltd and becomes a Shareholder. The Agreement outlines terms under which the IPC thinks are paid. Dividends paid to the designated preferred shareholder consist of any earned underwriting profit and net investment income.

---

## COMMONWEALTH RISK PROVIDES ACCESS TO:

**RENT-A-CAPTIVES**
World's largest rent-a-captive facility

**CAPTIVE MANAGEMENT**
World's largest independent captive manager

**POLICY ISSUANCE**
Admitted and non-admitted policy issuance

**ACCIDENT & HEALTH**
Stop-loss and carve-out solutions

**OFFSHORE SECURITIES**
Proprietary family of offshore funds

**LIFE PRODUCTS**
Offshore annuity products

**LOSS CONTROL**
Premier risk management and control services

**TRUST SERVICES**
Offshore trusts for high-net-worth individuals

For more information on IPC products, visit us on the web at www.accessMRM.com or email us at IPC@accessMRM.com


EXHIBIT

**CommonwealthRisk**
*An MRM Company*

*Your best alternative.*

PHILADELPHIA, PA 215.983.1600
IRVINE, CA 949.553.9378
SAN FRANCISCO, CA 415.217.5980

---



## CORPORATE IPC
### INSURANCE PROFIT CENTER

**CommonwealthRisk**
*An MRM Company*

# WHAT IS THE IPC?

**THE INSURANCE PROFIT CENTER® (IPC) IS:**

An alternative risk financing vehicle that will contractually state the return of underwriting profit and investment income that is normally retained by the traditional insurer.

Designed for individual companies with premiums in excess of $750,000 and a willingness to participate in a portion of their own risk.

An A.M. Best-rated, fully-insured program that offers the insured a variety of policy forms that will satisfy statute and vendor requirements.

An unbundled risk management service that allows the insured to select its claims handling and loss control vendors from a pre-approved list to effectively manage the financial decisions involving claims.



# ADVANTAGES TO INSUREDS

**THE CORPORATE IPC ENABLES PARTICIPATING COMPANIES TO:**

- Lower the net cost of insurance through access to underwriting profit and investment income.
- Benefit from a vested interest in the management and resolution of claims.
- Develop a long-term solution that provides stability and the ability to avoid surprises from the volatile traditional insurance marketplace.

Regardless of what ever insurance program an insured selects, they will ultimately pay for their losses through higher premiums. The question should be whether it is in the insured company's best interest to select a program that offers more control over the insured's direct and indirect loss costs.

# HOW IT WORKS

Premiums that are paid to a traditional carrier are made up of expenses to run the plan and dollars to pay the losses.

Under a Corporate IPC program, premiums are paid to Villanova Insurance Company* where, in most cases, plan expenses and a claims escrow are deducted. The balance of the premium (considered the "Loss Fund") is held in one of the IPC Group companies where it is invested and debited monthly based on the paid claims for the period.

Any unused portion of the loss fund, plus accumulated investment income, is contractually returned under a Preferred Shareholder Agreement between the IPC Group and the plan beneficiary.



# FINANCIAL SECURITY

The IPC has been designed to provide the maximum in security with all relationships among the parties being contractual in nature.

Every participant receives quarterly financial statements including a balance sheet, income statement and program year summaries for their individual program. Additionally, the IPC Group publishes an independently audited, annual financial statement.



# SUMMARY OF BENEFITS

**CONTROL AND FLEXIBILITY** The IPC provides for flexible expected loss funding, investment options and choice of loss control claims handling suppliers, managed care, return-to-work and other services.

**UNDERWRITING PROFIT** The IPC enables a participant to receive the underwriting profit from its insurance program—determined solely by each program's own loss experience with no risk sharing between programs.

**INVESTMENT INCOME** Investment income is earned on the program's invested assets held in the Mutual Investment Pool and is credited to participants every two weeks.

**CONSISTENT RETURNS** The diversified investments of the Mutual Investment Pool has provided program participants with consistent returns on held assets.

**TAX DEFERMENT** Depending upon your program's structure, a degree of tax deferment may exist. Your tax counsel would determine this on your behalf.

**POLICY FORMS** The program offers a choice of insurance options including Large Deductible, Self-insured Wraparound, Guaranteed Cost, Fully Funded and more.

**FINANCIAL SERVICES** Unique benefits such as estate planning, business continuation, balance sheet protection, long-term cash-flow management, life and annuity products, proprietary securities, and trust management services are also available.



www.accessMRM.com



The
I.P.C. Companies

Mutual Indemnity Ltd.
Mutual Indemnity (Barbados) Ltd.
Mutual Indemnity (Bermuda) Ltd.
Mutual Indemnity (Dublin) Ltd.
Mutual Indemnity (U.S.) Ltd.

## Report to Shareholders

The I.P.C. Companies produced another record breaking year in 1993. The addition of 62 new Insurance Profit Center programs brought the number of participants at December 31, 1993 314. Total assets rose to $387 million, and $9. million was paid out to participants in the form preferred shareholder dividends. Over $100 m of preferred shareholder dividends have now be paid since inception of the first Insurance Profi Center program in 1980.

The I.P.C. Companies return underwriting pro, and investment income to participants, resultin, from their individual Insurance Profit Center programs. Insurance buyers who participate in own risk and successfully control their losses w reap the rewards offered by an Insurance Profi Center program.

During 1993, one of the I.P.C. Companies, Mutual Indemnity Ltd., earned an A- (Excellen rating from A.M. Best Company. We are partic larly pleased to have achieved this excellent rati Mutual Risk Management Ltd., the ultimate pa of the I.P.C. Companies, recently announced th purchase of The Worksafe Group, Inc., a California-based corporation which provides lo control services. The Worksafe Group provides services to a number of California-based Insura Profit Center program participants, and we lool forward to offering their unique approach to all participants during 1994.

Despite recent regulatory reforms for Workers' Compensation insurance, it still remains a diffic line of coverage for many insureds. We continue provide innovative solutions for the sophisticate insurance buyer with a willingness to participate their own risk, and we look forward to a success and mutually rewarding year in 1994.

Respectfully submitted,

*[signature]*

Paul D. Watson
President

EXHIBIT
tabbies
E

# FINANCIAL HIGHLIGHTS

| (in thousands) | 1989 | 1990 | 1991 | 1992 | 1993 |
|---|---|---|---|---|---|
| Net Written Premium | $69,808 | $100,296 | $123,501 | $119,391 | **$142,243** |
| Investment Income | 11,932 | 12,521 | 19,852 | 26,909 | **21,707** |
| Net Income | 8,419 | 15,782 | 12,398 | 22,994 | **14,950** |
| Shareholder Dividends | 11,300 | 15,833 | 16,753 | 17,612 | **9,537** |
| Total Assets | $186,600 | $208,290 | $260,834 | $301,211 | **$387,289** |
| Capital & Surplus | 35,249 | 28,878 | 51,621 | 58,779 | **67,338** |

*All figures are on a statutory basis*

3

## Report to Shareholders

The I.P.C. Companies produced another record breaking year in 1993. The addition of 62 new Insurance Profit Center programs brought the a number of participants at December 31, 1993 to 314. Total assets rose to $387 million, and $9.5 million was paid out to participants in the form preferred shareholder dividends. Over $100 mil of preferred shareholder dividends have now be paid since inception of the first Insurance Profit Center program in 1980.

The I.P.C. Companies return underwriting prof and investment income to participants, resulting from their individual Insurance Profit Center programs. Insurance buyers who participate in own risk and successfully control their losses wi reap the rewards offered by an Insurance Profit Center program.

During 1993, one of the I.P.C. Companies, Mutual Indemnity Ltd., earned an A- (Excellent rating from A.M. Best Company. We are partic larly pleased to have achieved this excellent rati Mutual Risk Management Ltd., the ultimate pa of the I.P.C. Companies, recently announced th purchase of The Worksafe Group, Inc., a California-based corporation which provides lo control services. The Worksafe Group provides services to a number of California-based Insura Profit Center program participants, and we lool forward to offering their unique approach to all participants during 1994.

Despite recent regulatory reforms for Workers' Compensation insurance, it still remains a diffic line of coverage for many insureds. We continu provide innovative solutions for the sophisticate insurance buyer with a willingness to participat their own risk, and we look forward to a succes and mutually rewarding year in 1994.

Respectfully submitted,

*Paul D. Watson*
President



**Source of Business**
1993 NET WRITTEN PREMIUM
- SINGLE CORPORATIONS—60%
- AGENCY—3%
- ASSOCIATION—37%

**Lines of Coverage**
1993 NET WRITTEN PREMIUM
- WORKERS' COMPENSATION—89%
- HEALTH/MEDICAL—7%
- GENERAL/AUTO—2%
- PRODUCT LIABILITY—1%
- ALL OTHER—1%

The Insurance Profit Center (IPC) program lowers the net cost of insurance by returning underwriting profit and investment income. Introduced in 1979, the Insurance Profit Center program offers the benefits of a captive insurance company without the capitalization requirements, administrative costs, and legal ramifications associated with establishing and operating an insurance subsidiary.

The Alternative Market has grown significantly over the last decade, accounting for approximately one-third of the more than $180 billion in property-casualty written premiums. The Insurance Profit Center program is for insureds who assume a portion of their own risk on a loss-sensitive basis. Programs can be structured for virtually any coverage, particularly casualty coverages, the most prevalent being Workers' Compensation.

Upon policy issuance by a licensed insurance company, expenses are deducted and the balance of funds is ceded to one of the I.P.C. Companies. Funds held by the I.P.C. Companies are invested in the Mutual Finance Ltd. Investment Pool, and earn investment income until losses under that part of the program need to be paid.

The Insurance Profit Center program is comprised of three separate contractual agreements: the Insurance Policy issued by the carrier, the Reinsurance Agreement between the carrier and the reinsurer, and the Shareholder Agreement between the I.P.C. Companies and the insured (see diagram on the opposite page).

At program inception, the insured (or a designate) purchases a discrete series of non-voting, redeemable preferred shares in Mutual Holdings, the parent of the I.P.C. Companies. Dividends consist of a program's underwriting profit and the accumulated investment income earned on the ceded cash funds.

The Insurance Profit Center program offers several distinct advantages to brokers and insureds, including:
- No pooling of risk with other insureds
- Unbundling of program services
- Full commission to brokers and agents
- Flexible program structure
- Ease of implementation

While the majority of the Insurance Profit Center programs have been written for accounts in the United States, both the Canadian and European markets are increasingly discovering the many advantages of this unique insurance product.

Over the last 15 years, more than 500 programs have been designed for companies in industries such as health care, manufacturing, retail, transportation, and professional sports franchises. These programs have generated more than $1.2 billion in written premiums.

4

**THE INSURANCE POLICY** · **THE SHAREHOLDER AGREEMENT**

Insured

PREFERRED SHARES · UNDERWRITING PROFIT/INVESTMENT INCOME

PREMIUM

Broker

Mutual Holdings

PAID CLAIMS
CEDED PREMIUM

Policy-Issuing Carrier ← THIRD PARTY CLAIMANTS

The I.P.C. Companies

**THE REINSURANCE AGREEMENT**

The duties and responsibilities of the parties in an Insurance Profit Center program are outlined in three contracts: an Insurance Policy, a Reinsurance Agreement and a Shareholder Agreement.

15



**Industry Segments**
1993 NET WRITTEN PREMIUM

- TRANSPORTATION—
- MANUFACTURING—
- ALL OTHER—8%
- WHOLESALE/RETAIL—
- HEALTH/MEDICAL—
- AGRICULTURE/FOOD—
- RECREATIONAL—6%
- FINANCIAL SERVICE—6
- CONTRACTING—3%



Number of Active Participants

The various I.P.C. Companies are all designed to help reduce the overall costs of an insurance program. By accessing a specific company, whether it's for a U.S. insured, a Canadian company, a European exposure, or a U.S. company with a foreign parent, insureds will find that they accrue specific benefits. Through these alternative risk financing programs, the I.P.C. Companies are aggressively responding to the needs of the 1990's marketplace.

Individual corporate programs generally start at $750,000, while associations usually start at $2,000,000 of annual premium. A common application of the I.P.C. Companies' products is for corporations which elect not to establish a wholly-owned captive insurance company. Rent-a-captive programs can be developed for corporations with a single location, those which have multi-state locations, or multi-national companies. Insurance agencies and managing general agents have also come to recognize the many benefits that are offered by the Insurance Profit Center program.

### Mutual Indemnity Ltd.
**Mutual Indemnity (Bermuda) Ltd.**
Mutual Indemnity Ltd., Hamilton, Bermuda, was incorporated in 1979 as an international insurer and reinsurer, commencing operations in January 1980. Mutual Indemnity (Bermuda) Ltd. was incorporated in 1993. Most insureds utilize these companies as either the insurer or reinsurer for their programs.

**Mutual Indemnity (Barbados) Ltd.**
Incorporated in 1986, Mutual Indemn(ity) (Barbados) Ltd., a non-controlled forei(gn) affiliate under Canadian law, is most often accessed for Canadian insureds o(r) U.S. insureds with a Canadian parent. Underwriting profit and investment income accumulate on a tax-deferred basis, and may be repatriated to Cana(da) insureds as exempt surplus, not taxabl(e) income, through a tax treaty between Canada and Barbados.

**Mutual Indemnity (Dublin) Ltd.**
In 1991, Mutual Indemnity (Dublin) L(td.) was approved by Irish authorities to op(er)ate as a reinsurance company licensed (for) all classes of life and non-life business. Dublin is an attractive domicile for cer(tain) Insurance Profit Center program partic(i)pants, principally European corporatio(ns) and U.S. corporations with European p(ar)ents, due to unique regulatory, financia(l) and operational advantages.

**Mutual Indemnity (U.S.) Ltd.**
Mutual Indemnity (U.S.) Ltd., a Bermu(da) based company, was incorporated in 1(9..) as if it were a United States insurance company, for U.S. tax purposes. Progra(ms) through Mutual Indemnity (U.S.) Ltd. enable insureds to avoid payment of U.(S.) Federal Excise Tax. Dividends paid to p(re)ferred shareholders are eligible for a deduction applicable when one U.S. co(r)poration pays dividends to another.

6

Premiums ceded to the I.P.C. Companies are invested in two interest-bearing accounts, a Call Account at the Bank of N.T. Butterfield & Son Ltd., Hamilton, Bermuda, and the Mutual Finance Ltd. Investment Pool.

Funds in the Call Account are for estimated claims payments due the next month under the Reinsurance Agreement. The majority of the ceded funds is invested in the Mutual Finance Investment Pool, to earn a higher rate of return for Insurance Profit Center program participants.

The Mutual Finance Investment Pool's objective is to maximize yield through diversification, without increasing investment risk inconsistent with the Insurance Profit Center program objectives. An Investment Committee of the Board, including outside directors on behalf of Insurance Profit Center program participants, meets regularly to review the performance of each portfolio and to agree upon the allocation of assets to each of the portfolios for the ensuing quarter. Principal sums are safeguarded and liquidity preserved to meet potential claims.

The Mutual Finance Investment Pool is allocated among nine different funds, maintained by seven managers. This allocation of assets is the key to our ability to adjust to changing market conditions and to limit the portfolio's risk. At December 31, 1993, the Mutual Finance Investment Pool was split among four general investment categories: Cash Fund (4% of Pool); Target Yield Fund (29%); Fixed Incomes (53%); and Equity (14%).

Each month income is credited to participants' accounts on the first working day of that month, in proportion to their holding in the Mutual Finance Investment Pool. This is the only day of each month that funds can be moved into or out of the Mutual Finance Investment Pool. This investment income is returned, along with the client's underwriting profits, by way of a dividend, pursuant to the Shareholder Agreement. The Mutual Finance Investment Pool gives clients access to a larger asset base and greater diversification of investment types and maturity dates than would be achievable for participants acting on their own.

### Mutual Finance Investment Pool



— MUTUAL FINANCE INVESTMENT POOL
······ 3 MONTH T-BILL



### Assets Held in Mutual Finance Investment Pool

YEAR ENDED
$ Millions

| Year ended | (in thousands) |
|---|---|
| December 1993 | $291,837 |
| December 1992 | $220,805 |
| December 1991 | $188,146 |
| December 1990 | $142,578 |
| December 1989 | $138,639 |

[7]

# COMBINED BALANCE SHEETS



| As of December 31, | | 1993 | |
|---|---|---:|---:|
| **Assets** | Cash and time deposits | $ 48,690,708 | $ 38 |
| | Bonds | 234,141,587 | 167 |
| | Equities | 39,245,731 | 32 |
| | Investments in and advances to affiliates | 29,684,972 | 26 |
| | Investment in mortgage loans on real estate | 0 | |
| | Loans receivable | 2,558,029 | 2 |
| | Investment income due and accrued | 7,540,275 | 7 |
| | Reinsurance balances receivable | 7,949,100 | 6 |
| | Funds held by ceding reinsurers | 16,155,037 | 17 |
| | Preferred share subscriptions receivable | 795,500 | 1 |
| | Other assets | 528,242 | |
| | **Total Assets** | $ 387,289,181 | $ 301 |
| **Insurance Reserves,** | **Insurance Reserves** | | |
| **Other Liabilities** | Unearned premiums | $ 9,147,097 | $ 6 |
| **and Statutory** | Loss and loss expense reserves | 183,628,163 | 153 |
| **Capital and Surplus** | Total Insurance Reserves | 192,775,260 | 159 |
| | | | |
| | **Other Liabilities** | | |
| | Insurance and reinsurance balances payable | 11,823,627 | 10 |
| | Income taxes payable | 659,359 | |
| | Due to affiliates | 2,690,209 | 1 |
| | Accounts payable and accrued liabilities | 2,312,748 | 2 |
| | Funds held under reinsurance contracts | 2,210,670 | |
| | Collateral security deposits | 103,479,779 | 64 |
| | Guarantees | 4,000,000 | 3 |
| | Total Other Liabilities | 127,176,392 | 82 |
| | | | |
| | Total Statutory Capital and Surplus | 67,337,529 | 58 |
| | | | |
| | Total Insurance Reserves, Other Liabilities and Statutory Capital and Surplus | $ 387,289,181 | $ 301 |

These financial statements have been extracted from the Combined Statutory Financial Statements [prepared in acc with The Insurance Act 1978 (Bermuda) and Related Regulations] which, together with Notes and Auditors' Repo available upon request.

8

# COMBINED STATUTORY STATEMENTS OF INCOME

|  |  | 1993 | 1992 |
|---|---|---|---|
| | *Years ended December 31,* | | |
| Underwriting Income | Gross premiums written | $ 148,053,133 | $ 123,000,555 |
| | Reinsurance premiums ceded | 5,809,656 | 3,610,007 |
| | Net premiums written | 142,243,477 | 119,390,548 |
| | Increase (decrease) in unearned premiums | 3,485,799 | (1,409,309) |
| | Net premiums earned | 138,757,678 | 120,799,857 |
| Underwriting Expenses | Net losses and net loss expenses incurred | 100,541,093 | 85,006,382 |
| | Commissions and brokerage | 39,075,356 | 36,476,180 |
| | General and administrative | 4,752,775 | 3,146,269 |
| | | 144,369,224 | 124,628,831 |
| | Underwriting (loss) | (5,611,546) | (3,828,974) |
| | Net investment income | 15,480,293 | 13,480,537 |
| | Realized gains on investments | 6,226,301 | 13,428,169 |
| | Income before income taxes | 16,095,048 | 23,079,732 |
| | Income taxes | 1,144,651 | 86,018 |
| | Net Income | $ 14,950,397 | $ 22,993,714 |

# COMBINED STATUTORY STATEMENTS OF CAPITAL AND SURPLUS*

|  |  | 1993 | 1992 |
|---|---|---|---|
| | *Years ended December 31,* | | |
| Statutory Capital | Capital stock | $ 12,439,000 | $ 8,060,000 |
| | Contributed surplus | 18,696,769 | 19,645,769 |
| | Guarantees | (4,000,000) | (3,600,000) |
| | Total Statutory Capital | 27,135,769 | 24,105,769 |
| Statutory Surplus | Statutory Surplus—beginning of year | 34,672,745 | 31,500,905 |
| | Income for the year | 14,950,397 | 22,993,714 |
| | Dividends paid—Common shares | (2,500,000) | (1,300,000) |
| | —Redeemable preferred shares | (9,537,436) | (17,611,625) |
| | Change in unrealized gains (losses) of investments | 2,596,234 | (770,081) |
| | Change in non-admitted assets | 19,820 | (140,168) |
| | Total Statutory Surplus | 40,201,760 | 34,672,745 |
| | Total Statutory Capital and Surplus | $ 67,337,529 | $ 58,778,514 |

*Expressed in United States Dollars



## Company Information

**Board of Directors**
- Francis J. Mulderig, Chairman
- Roger E. Dailey, Consultant, Equifax, Inc.
- David J. Doyle, Partner, Appleby, Spurling & Kempe
- Arthur E. Engel, Chairman and Chief Executive Officer, Southwest Marine, Inc.
- John Kessock, Jr., Chairman, Commonwealth Risk Services, Inc.
- Gary R. McCoy, Chief Executive Officer, Mammoth Mountain Ski Area
- Robert A. Mulderig, Chairman and Chief Executive Officer, Mutual Risk Management Ltd.
- Beverly H. Patrick, President and Chief Executive Officer, Professional Risk Management Services, Inc.
- Richard G. Turner, President, Commonwealth Risk Services, Inc.
- Paul D. Watson, President, Mutual Indemnity Ltd., Mutual Indemnity (U.S.) Ltd., Mutual Indemnity (Bermuda) Ltd., Mutual Indemnity (Barbados) Ltd., Mutual Indemnity (Dublin) Ltd.
- Peter MacKay, Managing Director, Mutual Risk Management (Cayman) Ltd.
- Hamish G. McClurg, M.A., LL.B., Attorney-at-law
- Hugh D. Governey, Managing Director, Corporate Broking, Coyle Hamilton Ltd.
- James C. Kelly, Vice President and Chief Financial Officer, Mutual Risk Management Ltd.
- Glenn R. Partridge, Senior Vice President, Legion Insurance Company

**Auditors**
- KPMG Peat Marwick, Hamilton, Bermuda
- KPMG Peat Marwick, Bridgetown, Barbados
- KPMG Peat Marwick, Dublin, Ireland

**Attorneys**
- Appleby, Spurling & Kempe, Hamilton, Bermuda
- Hamish G. McClurg, M.A., LL.B., Bridgetown, Barbados
- A & L Goodbody, Dublin, Ireland

**Bankers**
- Bank of N.T. Butterfield & Son Ltd., Hamilton, Bermuda

**Consulting Actuaries**
- Tillinghast, a Towers Perrin Company, Hamilton, Bermuda

**Annual Meeting**
The annual Preferred Shareholders' Meeting of the I.P.C. Companies will be held June 9-12, 1994 at the Hamilton Princess Hotel, Hamilton, Bermuda. The General Session will take place on Friday, June 10, 1994, at 8:45 a.m.

The I.P.C. Companies' combined statutory financial statements present the combined results of Mutual Indemnity Ltd., Mutual Indemnity (Barbados) Ltd., Mutual Indemnity (Bermuda) Ltd., Mutual Indemnity (Dublin) Ltd., and Mutual Indemnity (U.S.) Ltd., in conformity with insurance accounting practices prescribed or permitted by The Insurance Act 1978 (Bermuda) and Related Regulations. These five companies operate the Insurance Profit Center program, an alternative risk financing program designed to lower the net cost of insurance through the return of underwriting profit and investment income.

### Financial Condition

The 62 new participants provided the growth for the I.P.C. Companies, increasing total assets by 28% to $387 million at December 31, 1993, from $301 million at December 31, 1992. Total statutory capital and surplus rose 14% to $67.3 million at year end 1993, compared to $58.8 million for 1992.

### Results of Operations

Net premium written rose 19%, to $142.2 million for the year ended December 31, 1993, compared to $119.4 million for the year ended December 31, 1992. Underwriting and acquisition expenses amounted to $43.8 million, producing an expense ratio of 30.8% for 1993. This expense ratio is the acquisition cost spent on acquiring and underwriting business expressed as a percentage of the net premium written. Losses and loss expenses incurred amounted to $100.5 million, producing a loss ratio of 72.5% for 1993. The I.P.C. Companies' combined ratio, which measures the percentage of premiums paid out in losses and expenses, remained almost unchanged at 103.3% in 1993, compared to 103.5% in 1992. The combined ratio of the I.P.C. Companies compares very favorably to the United States' Workers' Compensation insurance industry in general, which had an improved combined ratio of 109.5% for 1993, after many years of experiencing combined ratios in the order of 120%. We believe that the I.P.C. Companies outperformed the general industry results because of better selection of risks and our participants' financial incentive to control their losses.

Investment income in 1993 amounted to $2? million, compared to $26.9 million for 1992. After including the effect of unrealized gains investments, the net return to shareholders fo 1993 amounted to $24.3 million, compared $26.1 million for 1992. This, however, repr sents an increase of 39%, after eliminating fi the 1992 investment return an extraordinary gain of $8.7 million, arising through the sale stock in the I.P.C. Companies' parent compa Mutual Risk Management Ltd. This increas was achieved by having more invested assets an improved return. The Mutual Finance Investment Pool generated an 8.9% return f Insurance Profit Center participants during 1993, compared to a 7.5% return for 1992.

### Preferred Shareholder Dividends

To date, over $100 million in dividends hav been paid to preferred shareholders. During 1993, preferred shareholders received divide of $9.5 million, compared to $17.6 million 1992. This reduction in dividends paid is du a large number of participants utilizing the Insurance Profit Center Workers' Compens large deductible plan. These participants eff tively receive an up-front savings by paying reduced amount of premium, which, in tur reduces the amount that is eventually availa to be returned by way of dividend.

10

REPORT TO
SHAREHOLDE[RS]

1 9 9[ ]