IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 1st day of March, 2005, due to an ongoing trial, **IT IS HEREBY ORDERED** that oral argument on defendants' motion to dismiss is **RESCHEDULED** to **March 8, 2005 at 1:30 p.m. in Courtroom 14-B**.

                                                                                                         s/William H. Yohn, Jr.
                                                                                                          William H. Yohn, Jr., Judge