IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-CV-3193 |
| MUTUAL HOLDINGS, LTD., et al., | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

TO THE CLERK:

Joshua A. Mooney, associated with the firm referenced below, enters his appearance as an attorney for Defendants, Mutual Holdings Ltd., IPC Mutual Holdings Ltd., Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd., and Mutual Indemnity (Bermuda) Ltd. Mr. Mooney's address is as follows:

> Ballard Spahr Andrews & Ingersoll, LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103-7599
> Phone: 215-864-8268
> Fax: 215-864-9269

_____
Joshua A. Mooney
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Attorney for Plaintiff
Mutual Risk Management

Date: March 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served by first class mail this 15th day of March, 2005 on the following counsel of record:

> David Smith, Esquire
> Schnader Harris Segal & Lewis, LLP
> 1600 Market street, Suite 3600
> Philadelphia, PA  19103
>
> Attorneys for Plaintiff Stephen Friedberg
>
> Margaret Manolakis, Esquire
> Stradley Ronon Stevens & Young, LLP
> 2600 One Commerce Square
> Philadelphia, PA  19103
>
> Attorneys for Defendant Morgan Stanley

_____
Joshua A. Mooney

Date: March 15, 2005