IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 21st day of March, 2005, upon consideration of plaintiff's motion for leave to file an amended complaint and the Mutual defendants' response, **IT IS HEREBY ORDERED** that oral argument on the motion is **SCHEDULED** for **April 15, 2005 at 11:00 a.m. in Courtroom 14-B**.

s/William H. Yohn, Jr.
William H. Yohn, Jr., Judge