IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 12th day of April, 2005, due to a conflict in the court's schedule, **IT IS HEREBY ORDERED** that the oral argument on the defendants' motion to dismiss and plaintiff's motion for leave to file an amended complaint is **RESCHEDULED** to **Thursday, April 21, 2005 at 9:30 a.m. in Courtroom 14-B**.

s/William H. Yohn, Jr.
William H. Yohn, Jr., Judge