IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Stephen M. Friedberg,

     Plaintiff, : Civil Action
         : No. 02-CV-3193
  v.       : (Judge Yohn)

Mutual Holdings Ltd., *et al.*

     Defendants. :

## STIPULATION AND ORDER REGARDING TIME TO ANSWER

WHEREAS, on May 19, 2005, the Court denied the Motion To Dismiss of Defendants Mutual Holdings Ltd., IPC Mutual Holdings, Ltd., Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd., and Mutual Indemnity (Bermuda) Ltd. (collectively, "Mutual Defendants"), and the parties received electronic notice of the Court's denial on May 20, 2005;

WHEREAS, the Court has yet to rule on Plaintiff Stephen Friedberg's Motion For Leave To File An Amended Complaint;

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Mutual Defendants must file an Answer to Friedberg's original complaint by June 6, 2005;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto pursuant to Local Rule 7.4, subject to approval of the Court, that the Mutual Defendants may await the Court's ruling on Plaintiff's pending motion and answer whichever complaint (i.e., the original complaint or the amended complaint) is operative pursuant to the Federal Rules of Civil Procedure.[1]

---

[1] By filing this stipulation, Mutual Defendants do not intend to waive any applicable defenses that they may have, including lack of personal jurisdiction and improper venue.

Respectfully submitted,

_____
Douglas Y. Christian (ID No. 41934)
Joshua A. Mooney (ID No. 85945)
BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

Attorneys for Defendants


_____
David Smith, Esquire (ID No. 21480)
Han Nguyen, Esquire (ID No. 85860)
SCHNADER HARRISON SEGAL
& LEWIS LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103
(215) 751-2000

Attorneys for Plaintiff


SO ORDERED this ____ day of _____, 2005.


BY THE COURT:


_____
William H. Yohn, Jr., J.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2005, a true and correct copy of the foregoing Stipulation and Order Regarding Time to Answer was served by first class mail, pre-postage paid, on the following:

> Margaret Manolakis, Esquire
> STRADLEY RONON STEVENS & YOUNG, LLP
> 2600 One Commerce Square
> Philadelphia, PA 19103
>
> Attorneys for Defendant Morgan Stanley

_____
Joshua A. Mooney