IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| vs. | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

**AND NOW**, this 2nd day of June, 2005, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

s/William H. Yohn, Jr.
WILLIAM H. YOHN, JR., JUDGE

Civ 15 (8/80)