IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 8th day of June, 2005, after conference with counsel for the parties, **IT IS HEREBY ORDERED** as follows:

1. All discovery on the claim by plaintiff of an oral agreement with reference to the funds held in the Morgan Stanley account and the claim by defendants that there never was a dividend declared or paid to plaintiff shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be noticed, served and completed by **September 8, 2005**. All other discovery is **STAYED** pending disposition of plaintiff's motion to dissolve the temporary restraining order.

2. An evidentiary hearing with reference to the above two issues as they impact upon defendants' motion to dissolve the temporary restraining order is **SCHEDULED** for **September 12, 2005 at 10:00 a.m. in Courtroom 14-B**.

3. The parties shall submit their proposed findings of fact and conclusions of law with reference to the motion to dissolve the temporary restraining order either prior to the evidentiary hearing or within one week after the close of the hearing.

s/William H. Yohn, Jr.
William H. Yohn, Jr., Judge