IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-CV-3193 |
| MUTUAL HOLDINGS, LTD., et al., | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Brooke J. Hertzer, associated with the firm referenced below, enters her appearance as an attorney for Defendants, Mutual Holdings Ltd. (n/k/a IPC Mutual Holdings Ltd.), Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd., and Mutual Indemnity (Bermuda) Ltd. Ms. Hertzer's address is as follows:

    Ballard Spahr Andrews & Ingersoll, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA  19103-7599
    Phone:  215-864-8323
    Fax:  215-864-9266

    /s/Brooke J. Hertzer
    Brooke J. Hertzer
    BALLARD SPAHR ANDREWS & INGERSOLL, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103

    Attorney for Defendants Mutual Holdings Ltd. (n/k/a IPC Mutual Holdings Ltd.), Mutual Holdings (Bermuda) Ltd., Mutual Indemnity Ltd., and Mutual Indemnity (Bermuda) Ltd.

Date:  June 16, 2005

PHL_A #2009268 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served by facsimile and first class mail this 16th day of June, 2005 on the following counsel of record:

>David Smith, Esquire
>Schnader Harris Segal & Lewis, LLP
>1600 Market street, Suite 3600
>Philadelphia, PA  19103
>
>Attorneys for Plaintiff Stephen Friedberg
>
>Margaret Manolakis, Esquire
>Stradley Ronon Stevens & Young, LLP
>2600 One Commerce Square
>Philadelphia, PA  19103
>
>Attorneys for Defendant Morgan Stanley

>/s/Brooke J. Hertzer
>Brooke J. Hertzer

Date:  June 16, 2005