IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 30th day of August, 2005, after telephone conference with counsel, due to the unavailability of a witness, **IT IS HEREBY ORDERED** that the evidentiary hearing scheduled for September 12, 2005 is **CONTINUED** until **October 27, 2005 at 9:30 a.m. in Courtroom 14-B**.

s/William H. Yohn, Jr.
William H. Yohn, Jr., Judge