IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 19th day of September, 2005, upon consideration of plaintiff's motion for protective order to quash the subpoena of Patrick Rega, Esquire (Document No. 51) and the response of, reply and sur-reply thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the subpoena issued to take the deposition of Patrick Rega, Esquire is **QUASHED** without prejudice to the right of the defendants to request reconsideration of this order at the close of the evidence in the hearing scheduled for October 27, 2005.

s/William H. Yohn, Jr.
William H. Yohn, Jr., Judge