IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 5th day of January, 2006, at the joint request of counsel, **IT IS HEREBY ORDERED** that the continuation of the evidentiary hearing is **SCHEDULED** for **Friday, February 3, 2006 at 9:30 a.m.**

　　　　　　　　　　　　　　　　　　　　s/William H. Yohn, Jr.
　　　　　　　　　　　　　　　　　　　　William H. Yohn, Jr., Judge