IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. FRIEDBERG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MUTUAL HOLDINGS, LTD., ET AL. | : NO. 02-3193 |

O R D E R

**AND NOW**, this 14th day of March, 2006, the parties having advised that the action has been amicably resolved, but the documentation necessary to complete the resolution not yet having been finalized, **IT IS HEREBY ORDERED** that defendants' motion to dissolve temporary restraining order (Document No. 39) is **DISMISSED** for administrative purposes without prejudice to the right of the defendants to reinstate the same upon letter request in the event that the settlement is not finalized.

                                                      s/William H. Yohn, Jr.
                                                     William H. Yohn, Jr., Judge